**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00265-CR**
_____

**BRONSON WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 13-17383**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant Bronson Williams pleaded guilty to aggravated robbery. The trial court found the evidence sufficient to find Williams guilty, but deferred further proceedings, placed Williams on community supervision for ten years, and assessed a fine of $500. The State subsequently filed a motion to revoke Williams's unadjudicated community supervision. Williams pleaded "true" to eight violations of the terms of his community supervision. The

1

trial court found that Williams had violated the conditions of his community supervision, found Williams guilty of aggravated robbery, and assessed punishment at fifty years of confinement.

Williams's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On September 10, 2019, we granted an extension of time for Williams to file a *pro se* brief. We received no response from Williams. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 17, 2019
Opinion Delivered January 8, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Williams may challenge our opinion in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2